

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: JOHN HENRY GREEN, JR., Indiv. and as Trustee of the Testamentary trust formed for the benefit of WILLIAM CASEY ELLISON and GAYLA JAN TIBBITTS; as former controlling stockholder of NATIONAL FOUNDRY & MANUFACTURING COMPANY and as principal shareholder and President of PATRIOT STEEL FABRICATION, INC. | § § § § § § § | No. 08-16-00233-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Martin Muncy, Judge of the 109th District Court of Crane County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to withdraw the order denying the motion to transfer venue and awarding attorney's fees to the Real Parties in Interest, and it is further directed to enter an order granting Relator's motion to transfer venue and transfer the case to Ector County, in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 2ND DAY OF DECEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.